# HAND BALDACHIN ASSOCIATES LLP

LAW OFFICES

1740 Broadway
15th Floor
New York, NY 10019

dir 212.956.9508
tel 212.956.9500
fax 212.376.6080
amichaels@hballp.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/2021

April 29, 2021

**VIA ECF**

Hon. Colleen McMahon
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

*[Handwritten endorsement: 4/29/2021 OK – I will set a new date if I don't dismiss]*

Re: *Common Cents Distributors, LLC v. CURLS Beauty Brands, LLC*
1:20-cv-10369-CM

**MEMO ENDORSED**

Dear Judge McMahon:

This firm represents defendant CURLS Beauty Brand, LLC (sued as CURLS Beauty Brands, LLC) ("CURLS").

This is a request for an adjournment of the initial pretrial conference scheduled for April 30, 2021. CURLS, with the consent of the Plaintiff, respectfully requests the conference be adjourned *sine die* pending the Court's ruling on CURLS's Rule 12(b)(2) motion to dismiss for lack of personal jurisdiction.

CURLS filed its motion on April 26, 2021 and, under the Local Civil Rule 6.1, briefing will be complete by May 17, 2021. Given that CURLS's motion is potentially dispositive of the entire case, it is CURLS's belief that adjournment of the pretrial conference until after the personal jurisdiction issues are resolved is the more prudent approach.

No extension of this deadline has previously been requested or granted. No other dates have been set in this matter and the requested extension will neither affect nor disrupt any other deadlines in this matter.

hba

HAND BALDACHIN ASSOCIATES LLP

Hon. Colleen McMahon
April 29, 2021
Page 2

    Thank you for your consideration.

                                  Respectfully,

                                  Adam B. Michaels

cc:    All counsel of record (via ECF)