**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X
COMMON CENTS DISTRIBUTORS, LLC,

                Plaintiff,

-against-                                  20 **CIVIL** 10369 (CM)

**JUDGMENT**

CURLS BEAUTY BRANDS, LLC,

                Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated September 15, 2021, Defendant's motion to dismiss for lack of personal jurisdiction in New York is GRANTED. Dismissal is obviously without prejudice; Plaintiff is free to refile this lawsuit in a jurisdiction where Defendant is amenable to suit; accordingly, this case is closed.

**Dated:**  New York, New York
          September 16, 2021

                                                    **RUBY J. KRAJICK**
                                                      **Clerk of Court**
                                 **BY:**
                                                          **Deputy Clerk**